**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| IN THE MATTER OF: | ) BK. NO. 0481106 |
| | ) |
| JOSEPH V CAVANAUGH IV | ) CHAPTER 13 |
|     SSN: XXX-XX-9007 | ) |
| | ) |
| | ) |
|     Debtor(s). | ) |
| | ) |

## CHAPTER 13 TRUSTEE'S MOTION FOR ORDER ALLOWING
## ADMINISTRATIVE EXPENSE CLAIM

**COMES NOW Kathleen A. Laughlin**, standing Chapter 13 Trustee for the District of Nebraska, and shows to the Court as follows:

(1) Debtor herein filed a petition for relief under Chapter 13 and a plan has never been confirmed in this case. The case was dismissed or converted prior to confirmation.

(2) Trustee has performed valuable services and has incurred considerable expense in the performance of her duties and should be compensated for same.

(3) Trustee receives no amount from the filing fees. If this motion is denied, the cost of administration, including sending out notices to creditors, postage, etc., will be borne by the trustee and the other Chapter 13 debtors.

(4) Trustee may have received some fees for disbursements on adequate protection payments and debtor (s) attorney fees.

WHEREFORE, Trustee requests the Court to enter a Order allowing the Trustee an administrative expense claim in the amount of $100.00.

DATED:    06/13/2005

                                    s/ Kathleen A. Laughlin
                                    Kathleen A. Laughlin #16883
                                    Chapter 13 Trustee
                                    13930 Gold Circle, Suite #201
                                    Omaha, NE 68144
                                    (402) 697-0437
                                    1-800-884-0437

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Trustee's Motion was mailed on 06/13/2005, by first-class, U.S. mail, postage prepaid to JOSEPH V CAVANAUGH IV, , Debtor(s) herein, 170 S 166TH ST., OMAHA, NE 68118 . Service on HOWARD DUNCAN, debtor(s) attorney was given via the CM/ECF system of the United States Bankruptcy Court.

                                    s/ Kathleen A. Laughlin
                                    Kathleen A. Laughlin

IN THE MATTER OF:                         ) BK. NO. 0481106
                                          )
                                          ) CHAPTER 13
**JOSEPH V CAVANAUGH IV**                 )
      SSN: XXX-XX-9007                )
                                          )
                                          )
     **Debtor(s).**                      )
                                          )

## NOTICE SETTING RESISTANCE DEADLINE

**PURSUANT TO** Neb. R. Bankr. P. 9013-1, you are notified as follows:

(1) KATHLEEN A. LAUGHLIN, Chapter 13 Trustee has filed a **Trustee's Motion for a Order Allowing Administrative Expense Claim**.

(2) **The last day to file a resistance to the Trustee's Motion for a Order Allowing Administrative Expense Claim is July 3, 2005**. Resistance must be served on the Trustee.

(3) If the resistance period expires without the filing of any resistance, the Court will consider entering an order granting the relief sought without further notice.


     DATED:     06/13/2005

                                s/ Kathleen A. Laughlin
                                Kathleen A. Laughlin #16883
                                Chapter 13 Trustee
                                13930 Gold Circle, Suite #201
                                Omaha, NE 68144
                                (402) 697-0437
                                1-800-884-0437

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Trustee's Motion was mailed on 06/13/2005, by first-class, U.S. mail, postage prepaid to JOSEPH V CAVANAUGH IV, , Debtor(s) herein, 170 S 166TH ST., OMAHA, NE 68118. Service on HOWARD DUNCAN, debtor(s) attorney was given via the CM/ECF system of the United States Bankruptcy Court


                                s/ Kathleen A. Laughlin
                                Kathleen A. Laughlin