0058-1L-EPIEXX-00000646-95332

# United States Bankruptcy Court

District of Nebraska

In Re:  
JOSEPH V CAVANAUGH IV    CASE NO: 04-81106  
　　　　　　　　　　　　　　　　　　　　CHAPTER 13  
SS #1: XXX-XX-9007

　　　Debtor(s)

### APPLICATION FOR APPROVAL OF FINAL REPORT AND REQUEST FOR ORDER DISCHARGING TRUSTEE

NOTICE: Converted To Chapter 7 Prior To Confirmation

COMES NOW, Kathleen A. Laughlin, Chapter 13 Trustee, and files this Application for Approval of Final Report and Request for Order Discharging Trustee. The Trustee shows the Court as follows:

1. A Final Report and Account for all receipts and disbursements in this case is attached to this Application.
2. The Trustee has completed all duties and the Chapter 13 case has been fully administered.

WHEREFORE, the Trustee requests an Order of this Court that by its entry signifies the following:

1. The Final Report and Account of the Chapter 13 Trustee is approved.
2. The Chapter 13 Trustee is discharged of further obligation in this proceeding and is discharged of her trust.
3. The bond of the Chapter 13 Trustee is cancelled and sureties thereon released from further liability thereunder except any liability which may have arisen while the bond was in effect.
4. Unless this case has been converted to another Chapter, the case is hereby closed.

DATED: 4/18/2006　　　　　　　　　　　　　s/ Kathleen A. Laughlin  
　　　　　　　　　　　　　　　　　　　　　　Kathleen A. Laughlin  
　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee

### RESISTANCE NOTICE

Pursuant to Neb. R. Bankr. P. 9013-1, you are notified as follows:

1. Kathleen A. Laughlin, Chapter 13 Trustee, has filed an Application for Approval of Final Report and Request for Order Discharging Trustee.
2. The last day to file a resistance to the Trustee's Application is 5/18/2006. Any resistance must be filed with the Court and a copy served on the Trustee.
3. If no resistance is filed by the date set forth, the Application for Approval of Final Report and Request for Order Discharging Trustee will be granted.

JOSEPH V CAVANAUGH IV  
170 S 166TH ST.  
OMAHA, NE 68118

0058-1L-EPIEXX-00000646-193338

# United States Bankruptcy Court

For The
District of Nebraska

Case No.: 04-81106

JOSEPH V CAVANAUGH IV
170 S 166TH ST.
OMAHA, NE 68118

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | MO. | DAY | YR. | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 04 | 01 | 04 | The Plan was confirmed on | | | | The Case was concluded on | 07 | 14 | 05 |

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.

Kathleen A. Laughlin, standing trustee for the above named case, certifies to the Court and the United States Trustee, that the duties of the standing trustee has been faithfully and properly fulfilled, and that the case has been fully administered.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.    $ 4,400.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS | 001 | Unsecured | 48,634.17 | 0.00 | 0.00 | 48,634.17 |
| BORSHEIMS FINE JEWELRY | 002 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CITI ADVANTAGE BUSINESS | 003 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CITI CARDS | 004 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| EDITH PEEBLES | 005 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ELAN CONTEMPORARY HM FUR | 006 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ELAN CONTEMPORARY HM FUR | 006 | Secured | 848.66 | 0.00 | 0.00 | 848.66 |
| INTERNAL REVENUE SERVICE | 007 | Unsecured | 2,906.76 | 0.00 | 0.00 | 2,906.76 |
| INTERNAL REVENUE SERVICE | 007 | Priority | 179,539.24 | 0.00 | 0.00 | 179,539.24 |
| MARKEL FORD | 008 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| ECAST SETTLEMENT CORP | 009 | Unsecured | 19,494.07 | 0.00 | 0.00 | 19,494.07 |
| MELODY A CAVANAUGH | 010 | Unsecured | 195,000.00 | 0.00 | 0.00 | 195,000.00 |
| MICHAEL C WASHBURN ATTY | 011 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| NEBRASKA FURNITURE MART | 012 | Secured | 2,248.00 | 0.00 | 0.00 | 2,248.00 |
| NEBRASKA FURNITURE MART | 012 | Unsecured | 229.32 | 0.00 | 0.00 | 229.32 |
| CENDANT MORTGAGE | 013 | Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| CENDANT MORTGAGE | 013 | DirectPay | 0.00 | 0.00 | 0.00 | DirectPay |
| OMAHA STATE BANK | 014 | DirectPay | 0.00 | 0.00 | 0.00 | Not Filed |
| PROVIDIAN VISA PLATINUM | 015 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SAKS INC/YOUNKERS | 016 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| TARGET NATIONAL BANK | 017 | Unsecured | 2,778.91 | 0.00 | 0.00 | 2,778.91 |
| VON MAUR | 018 | Unsecured | 1,010.17 | 0.00 | 0.00 | 1,010.17 |
| WELLS FARGO BANK | 019 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK | 020 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL | 021 | Secured | 7,320.72 | 0.00 | 0.00 | 7,320.72 |
| DOUGLAS COUNTY TREASURER | 022 | Secured | 6,226.96 | 0.00 | 0.00 | 6,226.96 |
| ELAN CONTEMPORARY HOME | 023 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL LEA | 024 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| NEBRASKA DEPT OF REVENUE | 025 | Priority | 10,303.00 | 0.00 | 0.00 | 10,303.00 |
| JOSEPH V CAVANAUGH IV | 777 | Refund | 1,650.00 | 1,650.00 | 0.00 | 0.00 |
| KATHLEEN LAUGHLIN TRUSTEE | 901 | Special | 100.00 | 100.00 | 0.00 | 0.00 |

0058-1L-EPIEXX-00000646-193338

# United States Bankruptcy Court

For The
District of Nebraska

Case No.: 04-81106

JOSEPH V CAVANAUGH IV
170 S 166TH ST.
OMAHA, NE 68118

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | MO. | DAY | YR. | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 04 | 01 | 04 | The Plan was confirmed on | | | | The Case was concluded on | 07 | 14 | 05 |

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.

Kathleen A. Laughlin, standing trustee for the above named case, certifies to the Court and the United States Trustee, that the duties of the standing trustee has been faithfully and properly fulfilled, and that the case has been fully administered.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.    $ 4,400.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| RICHARD MYERS OR | 999 | Refund | 2,650.00 | 2,650.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 16,644.34 | 189,842.24 | 270,053.40 | 0.00 | 4,400.00 | 480,939.98 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 0.00 | 0.00 | 0.00 | 0.00 | 4,400.00 | 4,400.00 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,400.00 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| HOWARD DUNCAN | 0.00 | 0.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |

Kathleen A. Laughlin